LENA A. STORY AND OTHERS, APPELLANTS, *v.* ORANGE W. DAYTON, ADMINISTRATOR, ETC., RESPONDENT.

Motion for a reargument granted.

---

MARGARET ROSE, APPELLANT, *v.* JOHN ADAMS, RESPONDENT.

Motion for reargument denied, with ten dollars costs.

---

WILLIAM A. LEWIS, RESPONDENT, *v.* CHARLES BARTON, APPELLANT, IMPLEADED, ETC.

Appeal dismissed, it being from an order overruling a demurrer.

---

ABRAHAM HOWE, APPELLANT, *v.* JACOB SHAFER AND OTHERS, RESPONDENTS.

Judgment and order reversed and new trial ordered in the County Court of Onondaga county, with costs to abide event. *Held*, that the opening and the offer embraced facts constituting a good cause of action.

---

JOSEPH WICKS AND ANOTHER, APPELLANTS, *v.* LEWIS GAYLORD, RESPONDENT.

Judgment affirmed. *Held* (1) There was no agreement for storage. (2) If the deputy sheriff acted officially the action was barred by the short statute of limitations. (3.) If he did not so act, there is no evidence of his authority to bind the defendant.